```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**MICHAEL A. ALMOND, JR.,**

       **Plaintiff,**

**v.**                        **Civil Action No. 2:11-00256**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

       **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on August 29, 2011; and the magistrate judge having recommended that the court grant defendant's motion to dismiss and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED:

1. That the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2. That defendant's motion to dismiss be, and it hereby is, granted; and

3. That this action be, and it hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.

DATED: October 3, 2011

John T. Copenhaver, Jr.
United States District Judge